**FERMIN ALDABE**
22 Eaton rd, Lexington MA 02420 | (978) 677 0353 | fermin_aldabe@yahoo.com

Lexington, March 24, 2021

**To**: Clerk, US District Court (Maryland)

**Re**: Claim F Aldabe v J Cohen et al

Dear Madam/Sir,

Please find attached my claim in the matter of F Aldabe v J Cohen et al along with 15 copies, one for each of the 15 defendants, 15 times 2 summonses, a cover page and a check for $402; all to be filed with the court.

I remain at your disposal to correct any deficiencies.

Respectfully,
/s/Fermin Aldabe
Fermin Aldabe

*In scan Pile CK# 223*