FILED:  April 26, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 22-1448

(1:21-cv-00803-PJM)

———————————

FERMIN ALDABE

      Plaintiff - Appellant

v.

JONATHAN COHEN; JOSEPH J. SIMONS; REBECCA KELLY SLAUGHTER; NOAH JOSHUA PHILLIPS; ROHIT CHOPRA; CHRISTINE S. WILSON; BENJAMIN J. THEISMAN; AMANDA B. KOSTNER; KHOURYANNA DIPRIMA; CREIGHTON MAGID; THE GOVERMENT OF BELIZE; THE CENTRAL BANK OF BELIZE; JOY GRANT; ATLANTIC INTERNATIONAL BANK, LTD; JULIAN MURILLO; UNITED STATES OF AMERICA

      Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:21-cv-00803-PJM |
| Date notice of appeal filed in originating court: | 04/22/2022 |
| Appellant(s) | Fermin Aldabe |
| Appellate Case Number | 22-1448 |
| Case Manager | Rachel J Lee 804-916-2702 |